# United States District Court
## For the District of Maryland
## Northern Division

| | |
|---|---|
| IT'S MY PARTY, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION, INC.,<br><br>Defendant. | Civil Action No.: 1:09-cv-00547-JFM<br><br>**HEARING REQUESTED** |

**DEFENDANT LIVE NATION, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Defendant Live Nation, Inc. hereby moves this Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on all claims asserted against it by Plaintiffs It's My Party, Inc. ("IMP") and It's My Amphitheater, Inc. d/b/a Merriweather Post Pavilion ("IMA").

There are no genuine disputes as to any material fact, and Defendant is entitled to judgment as a matter of law. FED. R. CIV. P. 56(a).

This Motion is based on this Notice, the accompanying Memorandum in Support of Motion for Summary Judgment, the Declarations of Lucy Yen and Kimberley Piro, the Proposed Order, the pleadings and papers on file in this action, and such further evidence and argument as may be submitted to the Court at or before the hearing.

Dated: March 21, 2014

Respectfully submitted,

/s/ Jonathan M. Jacobson________

JONATHAN M. JACOBSON (*pro hac vice*)
CHUL PAK (*pro hac vice*)
LUCY YEN (*pro hac vice*)
*Wilson Sonsini Goodrich & Rosati*
Professional Corporation
1301 Avenue of the Americas
New York, NY 10019
(212) 497-7700 (Telephone)
(212) 999-5899 (Facsimile)

FRANKLIN M. RUBINSTEIN
*Wilson Sonsini Goodrich & Rosati*
Professional Corporation
1700 K Street, N.W.
Washington, DC 20006
(202) 973-8800 (Telephone)
(202) 973-8899 (Facsimile)

*Attorneys for Defendant Live Nation, Inc.*