# Econometrics

## Legal, Practical and Technical Issues (Second Edition)

ABA Antitrust Section
American Bar Association

For example, consider a model that suggests increased consumption of ice cream is correlated with swimming pool deaths. Common sense suggests that this is not evidence of a causal relationship, but rather that the model of ice cream consumption or swimming pool deaths is missing a control for temperature or some proxy for summertime, an important omitted variable that is correlated with both variables.

In general, if an important variable has been omitted from the regression, the simplest solution is to include the omitted variable directly in the regression. If it is not possible to include the variable directly because of data limitations or other reasons, using a close proxy for the omitted variable can also solve the problem.

An econometrician will never be able to include exhaustively all variables that are likely to be relevant. Generally, the econometrician would like to include all the important factors, while being particularly sure that none of the variables that are excluded has a significant effect on the dependent variable.[21]

### 3. *Multicollinearity*

Multicollinearity is in some sense the opposite problem of omitted variables. If too many explanatory variables are included in the model, some of them may be highly correlated with one another (i.e., "collinear"). For example, when exploring the demand for automobiles, the miles per gallon performance of a vehicle in the city and on the highway may be highly correlated. In the case of multicollinearity, it will be difficult to statistically parse the effects of one explanatory variable from another, which will lead to large standard errors (and less precision) for the estimated coefficients. Thus, the econometrician must balance between avoiding omitted variables and not including too many variables, especially those that are highly correlated with one another.

As an example, an econometrician may suspect multicollinearity in some independent variable if the econometrician observes large standard errors associated with the estimated coefficient on that variable. Checking for multicollinearity is straightforward, as the econometrician can measure the correlation between any two variables. If

---

21. For a discussion of statistical analysis that was excluded under *Daubert* because it omitted potential explanatory variables, see Sheehan v. Daily Racing Form, Inc., 104 F.3d 940, 942 (7th Cir. 1997).

CHAPTER 6

# INTERPRETING REGRESSION RESULTS

You have gathered the data (as described in Chapter 4) and estimated your econometric model (as described in Chapter 5). Now what? This chapter will cover how to interpret the results of the model, evaluate the reliability of those results, and use the results for applications such as liability or damages analyses.

Regression analysis can be used to determine both whether an event had a statistically significant effect as well as the magnitude of the effect. For example, regression analysis can be used to determine whether there is statistical evidence of a pricing conspiracy and the amount of an overcharge, if such a conspiracy is found to exist. However, the regression analysis only gives meaningful results if the regression is correctly specified and the results are reliable. A misspecified regression can give misleading, or incorrect, results.

This chapter will cover some of the problems that can arise in interpreting regression results, and how to avoid them. Topics covered include: hypothesis testing, significance of results, goodness of fit, specification testing, omitted variables, various data problems, and how to use the results of a regression.

## A.  Understanding Regression Results

### 1.  *Evaluating the Specification of the Regression Model*

As a practical matter, the set of explanatory variables included in a regression equation almost never accounts for all of the factors that affect the dependent variable. When there are many economic factors at work, generally there will be some factors that cannot be identified or measured, and thus cannot be included as explanatory variables in the model. These factors are summarized in an error term, which represents variation in the dependent variable that is not explained by the explanatory variables included in the model.[1]

---

1.    The fitted model is expressed as:

89

As discussed in Chapter 5, Ordinary Least Squares ("OLS") is a widely used regression technique that fits the model by finding the parameter estimates that minimize the sum of squares of the error terms, that is, that minimize the unexplained portion of the variation in the data. Because of statistical noise, these estimates will not exactly equal the true underlying coefficients. However, under certain conditions, these estimates are unbiased (that is, their expected value is equal to the true parameter) and efficient (that is, the parameters are estimated with precision in the sense that the variance of the estimated parameters is minimized).

Among the conditions that must be met for OLS to provide unbiased estimates is that the regression model must be correctly specified. If the regression model is misspecified, the regression will produce coefficient estimates that are biased and unreliable. Misspecification can arise from, among other reasons, the omission of important explanatory variables from the model or the imposition of incorrect restrictions on the regression coefficients.[2]

## 2.  *Interpreting Regression Coefficients in an OLS Regression Model*

The first step in evaluating and interpreting regression results is simply assessing the estimated coefficients to ensure that they appear to be reasonable, logical, and consistent with economic theory. An econometric model typically is constructed to explain variation in the dependent variable as a function of the independent variables, and economic theory provides guidance on the expected sign (positive or negative) and perhaps also the magnitude of the coefficients. As discussed in Chapter 5, the parameter coefficients in a linear regression model indicate how the average value of the dependent variables changes in response to a small change in the independent variable.

An initial assessment of the regression results begins by verifying that the estimated parameters conform to basic economic intuition. For

$$Y_i = \hat{\alpha} + \sum_j \hat{\beta}_j X_{ij} + \hat{\varepsilon}_i$$

where $\hat{\alpha}$ is the estimate of the intercept, the $\beta_j$ s are the estimates of the coefficients, and $\hat{\varepsilon}_i$ is the estimate of the error term.

2.      *See* Section D.2 below for additional discussion.