Copyrighted Material

# Damodar N. Gujarati



# Basic Econometrics

**fourth edition**

# BASIC ECONOMETRICS

**FOURTH EDITION**

## Damodar N. Gujarati

United States Military Academy, West Point



Boston   Burr Ridge, IL   Dubuque, IA   Madison, WI   New York   San Francisco   St. Louis
Bangkok   Bogotá   Caracas   Kuala Lumpur   Lisbon   London   Madrid   Mexico City
Milan   Montreal   New Delhi   Santiago   Seoul   Singapore   Sydney   Taipei   Toronto

Case 1:09-cv-00547-JFM    Document 205-43    Filed 03/21/14    Page 3 of 4

The speed with which variances and covariances increase can be seen with the **variance-inflating factor (VIF),** which is defined as

$$\text{VIF} = \frac{1}{(1 - r_{23}^2)} \tag{10.5.1}$$

VIF shows how the variance of an estimator is *inflated* by the presence of multicollinearity. As $r_{23}^2$ approaches 1, the VIF approaches infinity. That is, as the extent of collinearity increases, the variance of an estimator increases, and in the limit it can become infinite. As can be readily seen, if there is no collinearity between $X_2$ and $X_3$, VIF will be 1.

Using this definition, we can express (7.4.12) and (7.4.15) as

$$\text{var}(\hat{\beta}_2) = \frac{\sigma^2}{\sum x_{2i}^2}\text{VIF} \tag{10.5.2}$$

$$\text{var}(\hat{\beta}_3) = \frac{\sigma^2}{\sum x_{3i}^2}\text{VIF} \tag{10.5.3}$$

which show that the variances of $\hat{\beta}_2$ and $\hat{\beta}_3$ are directly proportional to the VIF.

To give some idea about how fast the variances and covariances increase as $r_{23}$ increases, consider Table 10.1, which gives these variances and covariances for selected values of $r_{23}$. As this table shows, increases in $r_{23}$

**TABLE 10.1**  THE EFFECT OF INCREASING $r_{23}$ ON VAR $(\hat{\beta}_2)$ AND COV $(\hat{\beta}_2, \hat{\beta}_3)$

| Value of $r_{23}$ (1) | VIF (2) | var $(\hat{\beta}_2)$ (3)* | $\dfrac{\text{var}(\hat{\beta}_2)(r_{23} \neq 0)}{\text{var}(\hat{\beta}_2)(r_{23} = 0)}$ (4) | cov $(\hat{\beta}_2, \hat{\beta}_3)$ (5) |
|---|---|---|---|---|
| 0.00 | 1.00 | $\dfrac{\sigma^2}{\sum x_{2i}^2} = A$ | — | 0 |
| 0.50 | 1.33 | $1.33 \times A$ | 1.33 | $0.67 \times B$ |
| 0.70 | 1.96 | $1.96 \times A$ | 1.96 | $1.37 \times B$ |
| 0.80 | 2.78 | $2.78 \times A$ | 2.78 | $2.22 \times B$ |
| 0.90 | 5.76 | $5.26 \times A$ | 5.26 | $4.73 \times B$ |
| 0.95 | 10.26 | $10.26 \times A$ | 10.26 | $9.74 \times B$ |
| 0.97 | 16.92 | $16.92 \times A$ | 16.92 | $16.41 \times B$ |
| 0.99 | 50.25 | $50.25 \times A$ | 50.25 | $49.75 \times B$ |
| 0.995 | 100.00 | $100.00 \times A$ | 100.00 | $99.50 \times B$ |
| 0.999 | 500.00 | $500.00 \times A$ | 500.00 | $499.50 \times B$ |

Note: $A = \dfrac{\sigma^2}{\sum x_{2i}^2}$

$B = \dfrac{-\sigma^2}{\sqrt{\sum x_{2i}^2 \sum x_{3i}^3}}$

$\times$ = times

*To find out the effect of increasing $r_{23}$ on var $(\hat{\beta}_3)$, note that $A = \sigma^2 / \sum x_{3i}^2$ when $r_{23} = 0$, but the variance and covariance magnifying factors remain the same.

| Gujarati: Basic Econometrics, Fourth Edition | II. Relaxing the Assumptions of the Classical Model | 10. Multicollinearity: What Happens if the Regressors are Correlated? | © The McGraw–Hill Companies, 2004 |
| --- | --- | --- | --- |

362    PART TWO:   RELAXING THE ASSUMPTIONS OF THE CLASSICAL MODEL

that SAS uses *eigenvalues* and the *condition index* to diagnose multi-collinearity. We will not discuss eigenvalues here, for that would take us into topics in matrix algebra that are beyond the scope of this book. From these eigenvalues, however, we can derive what is known as the **condition number $k$** defined as

$$k = \frac{\text{Maximum eigenvalue}}{\text{Minimum eigenvalue}}$$

and the **condition index (CI)** defined as

$$\text{CI} = \sqrt{\frac{\text{Maximum eigenvalue}}{\text{Minimum eigenvalue}}} = \sqrt{k}$$

**Then we have this rule of thumb.** If $k$ is between 100 and 1000 there is moderate to strong multicollinearity and if it exceeds 1000 there is severe multicollinearity. Alternatively, if the CI ($= \sqrt{k}$) is between 10 and 30, there is moderate to strong multicollinearity and if it exceeds 30 there is severe multicollinearity.

For the illustrative example, $k = 3.0/0.00002422$ or about 123,864, and $\text{CI} = \sqrt{123,864} =$ about 352; both $k$ and the CI therefore suggest severe multicollinearity. Of course, $k$ and CI can be calculated between the maximum eigenvalue and any other eigenvalue, as is done in the printout. (*Note:* The printout does not explicitly compute $k$, but that is simply the square of CI.) Incidentally, note that a low eigenvalue (in relation to the maximum eigenvalue) is generally an indication of near-linear dependencies in the data.

Some authors believe that the condition index is the best available multicollinearity diagnostic. But this opinion is not shared widely. For us, then, the CI is just a rule of thumb, a bit more sophisticated perhaps. But for further details, the reader may consult the references.[26]

**6. Tolerance and variance inflation factor.** We have already introduced TOL and VIF. As $R_j^2$, the coefficient of determination in the regression of regressor $X_j$ on the remaining regressors in the model, increases toward unity, that is, as the collinearity of $X_j$ with the other regressors increases, VIF also increases and in the limit it can be infinite.

Some authors therefore use the VIF as an indicator of multicollinearity. The larger the value of $\text{VIF}_j$, the more "troublesome" or collinear the variable $X_j$. **As a rule of thumb,** if the VIF of a variable exceeds 10, which will happen if $R_j^2$ exceeds 0.90, that variable is said be highly collinear.[27]

Of course, one could use $\text{TOL}_j$ as a measure of multicollinearity in view of its intimate connection with $\text{VIF}_j$. The closer is $\text{TOL}_j$ to zero, the greater the degree of collinearity of that variable with the other regressors. On the

---

[26]See especially D. A. Belsley, E. Kuh, and R. E. Welsch, *Regression Diagnostics: Identifying Influential Data and Sources of Collinearity,* John Wiley & Sons, New York, 1980, Chap. 3. However, this book is not for the beginner.
[27]See David G. Kleinbaum, Lawrence L. Kupper, and Keith E. Muller, *Applied Regression Analysis and other Multivariate Methods,* 2d ed., PWS-Kent, Boston, Mass., 1988, p. 210.