UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 28, 2017

MEMO TO COUNSEL RE: It's My Party, Inc. v. Live Nation, Inc.
Civil No. JFM-09-547

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion of plaintiffs for review of clerk's taxation of costs.

The motion (document 346) is denied. Plaintiffs have failed to establish that the clerk erred in awarding the $28,540.80 related to the costs allegedly incurred to convert electronically stored in native form to hard copies.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge